UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 16-CR-0139 |
| VERSUS | * | JUDGE MINALDI |
| BLAKE DAMIAN RODGERS | * | MAG. JUDGE WHITEHURST |

### REPORT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to the written and oral consent of the defendant, this matter came before the undersigned U. S. Magistrate Judge for a guilty plea hearing and allocution under Rule 11 of the Federal Rules of Criminal Procedure of the defendant, BLAKE DAMIAN RODGERS, on January 31, 2017.   Defendant was present with his counsel Dustin C. Talbot.

After said hearing, and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and his guilty plea to Count One of the Indictment, is fully supported by a written factual basis for each of the essential elements of the offense.

Therefore the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, Blake Damian Rodgers, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Blake Damian Rodgers be finally adjudged guilty of the offense charged in Count One of

the Indictment.

The defendant has waived his right to file an objection to the Report and Recommendation.

**THUS DONE AND SIGNED** in chambers at Lafayette, Louisiana this 1st day of February, 2017.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE