**MINUTE ENTRY**

**WALTER, J.**

**LAFAYETTE DIVISION**

February 2, 2017

RECEIVED

FEB 2 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

| | |
|---|---|
| USA | CIVIL ACTION NO. 16-0139 |
| versus | JUDGE WALTER |
| BLAKE DAMIAN RODGERS | MAGISTRATE JUDGE WHITEHURST |

\*   \*   \*   \*

Pursuant to 28 U.S.C. Section 455, Judge Donald E. Walter must be disqualified from participating in the above captioned matters. Accordingly, this case is referred to Chief Judge Dee D. Drell for reassignment.

*/s/ DEW*